PCM/SM: USAO# 2016R000273



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 MAY 18 PM 3:38

CLERK'S OFFICE
AT BALTIMORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | CRIMINAL NO. GLR-16-0244 |
|---|---|---|
| v. | * | (Possession of Firearm and Ammunition by a Felon, 18 U.S.C. § 922(g)(1); Possession with the Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C.§ 924(c)(1)(A); Forfeiture, 18 U.S.C. § 924(d)) |
| AARON MARTIN, | * | |
| Defendant | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about April 6, 2016, in the District of Maryland, the defendant,

**AARON MARTIN,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a Sturm Ruger P 85 handgun, serial number 30149624, and ammunition, in and affecting interstate commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about April 6, 2016, in the District of Maryland, the defendant,

### AARON MARTIN,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack, a Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

Case 1:16-cr-00244-GLR Document 1 Filed 05/18/16 Page 3 of 4

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about April 6, 2016, in the District of Maryland, the defendant,

**AARON MARTIN,**

did knowingly possess a firearm, that is, a Sturm Ruger P 85 handgun, serial number 30149624, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute heroin and cocaine base, as charged in Count Two of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**AARON MARTIN,**

shall forfeit to the United States the firearm involved in the commission of the offense, to wit:, a Sturm Ruger P 85 handgun, serial number 30149624, and ammunition, in and affecting interstate commerce.

18 U.S.C. § 924(d)
Fed. R. Crim. P. 32.2(a)

_Rod J. Rosenstein_
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

5-18-2016
Date